**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Amilcar BARROS–GOMEZ, a.k.a. Toty, a.k.a. El Negrito, a.k.a. Carlos Palmar, a.k.a. Robert Higius, Defendant–Appellant.**

**No. 07–12571
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 26, 2007.

Amilcar Barros–Gomez, Mc Rae, GA, pro se.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

---

Before BIRCH, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

David Mengers, appointed counsel for Amilcar Barros–Gomez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record confirms counsel's assessment of the relative merits of any potential issues for appeal. Because the record reveals no issues of arguable merit, we **GRANT** counsel's motion to withdraw and **AFFIRM** Barros–Gomez's conviction and sentence.